1/25/2018

INBiz: Your one-stop source for your business.

(http://www.INBiz.IN.gov)



## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **ALLTRAN FINANCIAL, LP** | Business ID: | **2001100100025** |
| Entity Type: | **Foreign Limited Partnership** | Business Status: | **Active** |
| Creation Date: | **09/28/2001** | Inactive Date: | |
| Principal Office Address: | **5800 NORTH COURSE DRIVE, HOUSTON, TX, 77072, USA** | Expiration Date: | **12/31/2199** |
| Jurisdiction of Formation: | **Texas** | Business Entity Report Due Date: | **09/30/2019** |
| Original Formation Date: | **03/28/1979** | Years Due: | |

## Principal Information

| Title | Name | Address |
|---|---|---|
| Director | George Williams | 5800 North Course Drive, Houston, TX, 77042, USA |
| President | Kevin Keleghan | 5800 North Course Drive, Houston, TX, 77072, USA |
| Director | Michael Strachan | 5800 North Course Drive, Houston, TX, 77072, USA |

Page 1 of 1, records 1 to 3 of 3

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **C T CORPORATION SYSTEM**

Address: **150 West Market Street, Suite 800, Indianapolis, IN, 46204, USA**

Filing History     Name History     Assumed Name History

Back     Return to Search     Certified Copies Request



EXHIBIT
Group
A

1/25/2018

INBiz: Your one-stop source for your business.

(http://www.INBiz.IN.gov)



Print Entity Details

## Business Details

| | |
|---|---|
| Business Name: **LVNV FUNDING LLC** | Business ID: **2012021600594** |
| Entity Type: **Foreign Limited Liability Company** | Business Status: **Active** |
| Creation Date: **02/16/2012** | Inactive Date: |
| Principal Office Address: **625 PILOT RD, STE 3, LAS VEGAS, NV, 89119, USA** | Expiration Date: **Perpetual** |
| Jurisdiction of Formation: **Delaware** | Business Entity Report Due Date: **02/28/2018** |
| Original Formation Date: **04/13/2005** | Years Due: **2018/2019** |

## Registered Agent Information

Type: **Business Commercial Registered Agent**

Name: **CORPORATION SERVICE COMPANY**

Address: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN, 46204, USA**

Filing History    Name History    Assumed Name History

Back    Return to Search    Certified Copies Request