

# NMLS consumer access

## Alltran Financial, LP

| | | | |
|---|---|---|---|
| NMLS ID: 988026 | Street Address: 5800 North Course Drive Houston, TX 77072 | Phone: 713-977-1234 | Website: www.alltran.com |
| | Mailing Address: 5800 North Course Drive Houston, TX 77072 | Toll-Free Number: Not provided Fax: 713-977-1234 | Email: licensing@alltran.com |

Other Trade Names : None

Prior Other Trade Names : None

Prior Legal Names : UNITED RECOVERY SYSTEMS, LP

Sponsored MLOs : 0

Fiscal Year End: 03/31    Formed in: Texas, United States    Date Formed: 08/01/2004    Stock Symbol: None    Business Structure: Limited Partnership

Regulatory Actions : None posted in NMLS.

### Branch Locations (3 Active, 2 Inactive)

### State Licenses/Registrations (Displaying 10 Active of 10 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Arizona | Collection Agency License | Yes | Submit to Regulator |
| Connecticut | Consumer Collection Agency License | Yes | Submit to Regulator |
| Idaho | Collection Agency License | Yes | Submit to Regulator |
| Indiana-SOS | Collection Agency License | Yes | Submit to Regulator |

| | |
|---|---|
| Lic/Reg #: 08-0196 CA | Original Issue Date : 01/14/2009 |
| Status : Approved | Status Date: 12/21/2012    Renewed Through : 2018 |
| Other Trade Names used in Indiana-SOS : None | |

View Resident/Registered Agent(s) for Service of Process ▸

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Maryland | Collection Agency License | Yes | Submit to Regulator |
| Massachusetts | Debt Collector | Yes | Submit to Regulator |
| Montana | Consumer Loan License | Yes | Submit to Regulator |
| North Dakota | Collection Agency License | Yes | Submit to Regulator |
| Oregon | Collection Agency Registration | Yes | Submit to Regulator |
| Rhode Island | Debt Collector Registration | Yes | Submit to Regulator |

**Regulatory Actions**

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer AccessSM is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader



EXHIBIT
Group
B



# LVNV Funding LLC

| NMLS ID: 322503 | Street Address: 625 Pilot Road Suite 3 Las Vegas, NV 89119 Mailing Address: c/o 55 Beattie Place, Suite 110 Greenville, SC 29601 | Phone: 702-692-4012 Toll-Free Number: Not provided Fax: 866-467-1182 | Website: Not provided Email: licensing@resurgent.com |
|---|---|---|---|

Other Trade Names : None

Prior Other Trade Names : None

Prior Legal Names : None

Sponsored MLOs : 0

Fiscal Year End: 12/31   Formed in: Delaware, United States     Date Formed: 04/13/2005   Stock Symbol: None   Business Structure: Limited Liability Company

Regulatory Actions : None posted in NMLS.

## Branch Locations (2 Active, 0 Inactive)

## State Licenses/Registrations (Displaying 16 Active of 16 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Arizona** | Collection Agency License | Yes | **Submit to Regulator** |
| **Connecticut** | Consumer Collection Agency License | Yes | **Submit to Regulator** |
| **Delaware** | Lender License | Yes | **Submit to Regulator** |
| **Idaho** | Collection Agency License | Yes | **Submit to Regulator** |
| **Idaho** | Regulated Lender License | Yes | **Submit to Regulator** |
| **Indiana-SOS** | Collection Agency License | Yes | **Submit to Regulator** |

| Lic/Reg #: INSOS-C-02040 | Original Issue Date : 12/27/2013 |
|---|---|
| Status : Approved | Status Date: 12/27/2013   Renewed Through : 2017 |
| Other Trade Names used in Indiana-SOS : None | |

View Resident/Registered Agent(s) for Service of Process ▸

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Iowa** | Master Loan Company Registration | Yes | **Submit to Regulator** |
| **Kansas** | Mortgage Company License | Yes | **Submit to Regulator** |
| **Kansas** | Supervised Loan License | Yes | **Submit to Regulator** |
| **Louisiana** | Licensed Lender Main Office (In-State and Out-Of-State with Lending Activity) | Yes | **Submit to Regulator** |
| **Maryland** | Collection Agency License | Yes | **Submit to Regulator** |
| **Maryland** | Consumer Loan License | Yes | **Submit to Regulator** |
| **Maryland** | Sales Finance License | Yes | **Submit to Regulator** |
| **Montana** | Consumer Loan License | Yes | **Submit to Regulator** |
| **Oregon** | Debt Buyer License | Yes | **Submit to Regulator** |
| **Rhode Island** | Debt Collector Registration | Yes | **Submit to Regulator** |

Regulatory Actions     While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

1/25/2018                                    Consumer Access - Company

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access[SM] is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | <u>Download PDF Reader</u>