# Alltran Financial, LP
P.O. BOX 610, SAUK RAPIDS, MN 56379

TOLL FREE#: 866-648-8591
Incoming Calls Answered: Mon-Tues - 8am-8pm, Wed - 8am-6pm
Thur-Fri - 8am-7pm, Sat - 8am-12pm
www.Alltransecurepay.com

Alltran Financial, LP File #██████
Original Account Number: XXXX7356
Original Creditor: Springleaf Financial Services Inc.
Current Creditor: LVNV Funding LLC
**Total Due: $4,867.03**

12/12/17

## NOTICE OF JUDGMENT COLLECTION

Dear **Edward A Taylor,**

Alltran Financial, LP has been contracted to lead and represent in the collection of the judgment awarded on your Springleaf Financial Services Inc. account. This judgment was awarded on 05/05/2010 and holds a current balance of $4,867.03.

**THIS JUDGMENT MAY BE FORWARDED TO AN ATTORNEY FOR EXECUTION**

We have been given authorization to negotiate **SETTLEMENT** terms for **SATISFACTION OF THE JUDGMENT** entered against you. Please review the following settlement opportunities to make voluntary resolution of your judgment a reality:

**1** **Settle your judgment now for a lump-sum of $2,920.22 on your outstanding judgment balance.**

**2** **Extend your time and settle your judgment in 8 payments of $425.87 and you have the flexibility of paying the settlement over eight months.**

**3** **Further extend your time and settle your judgment in 18 monthly payments of $216.31. This option saves you $973.41 and further extends your settlement payment term to 18 months.**

**To resolve your debt online, please visit us at www.Alltransecurepay.com.**

Take advantage of this opportunity to settle your judgment and avoid the possibility of this judgment being forwarded to an attorney for execution. Call us at **866-648-8591.**

To take advantage of this opportunity to settle your judgment, contact Robert Johnson at **866-648-8591.** As long as you haven't made other arrangements to repay this debt, you may be eligible for this offer. For accounting purposes, your first payment toward the settlement must be received within 40 calendar days after the date of this letter. If you wish to make a payment proposal after that time, please call us to discuss it. We are not obligated to renew this offer. The opportunities listed above do not alter or amend your validation rights as contained in this document.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

## CUSTOMER SERVICE AND PAYMENT INFORMATION

| Pay your bill online! Visit us at www.Alltransecurepay.com | TOLL FREE PHONE AND HOURS: 866-648-8591 Mon-Tues - 8am-8pm, Wed - 8am-6pm Thur-Fri - 8am-7pm, Sat - 8am-12pm | SEND MAIL AND/OR PAYMENT TO: Alltran Financial, LP PO Box 610 Sauk Rapids, MN 56379 |
|---|---|---|

Please detach and return with payment in the enclosed envelope.          RCP160

PO Box 1952
Southgate, MI 48195-0952

I authorize the following amount to be charged to my credit card shown. ☐ VISA  ☐ ⬜  ☐ ⬜  ☐ ⬜
Cardholder name: _____ Exp. Date: _____
Account #: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Amount $: _____ Signature: _____
File Number: █████ Balance Due: $4,867.03
Original Account #: XXXX7356

12/12/17

██████████████████
Edward A Taylor
██████ IN ██████

PLEASE SEND ALL CORRESPONDENCE TO:

ALLTRAN FINANCIAL, LP
P.O. BOX 610
SAUK RAPIDS, MN 5████

**EXHIBIT**
C

Toll Free#: 866-648-8591
www.Alltransecurepay.com

**PRIVACY NOTICE**

This Privacy Notice is being provided on behalf of each of the following related companies (collectively, the "Resurgent Companies"). It describes the general policy of the Resurgent Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Resurgent Capital Services L.P | LVNV Funding, LLC | Ashley Funding Services LLC |
| Sherman Acquisition L.L.C. | PYOD LLC | SFG REO, LLC |
| Resurgent Capital Services PR LLC | Anson Street LLC | Pinnacle Credit Services, LLC |
| CACV of Colorado, LLC | CACH, LLC | |

**Information We May Collect**. The Resurgent Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information**. At the Resurgent Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform certain services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates** From time to time, the Resurgent Companies may share collected information about customers and former customers with each other in connection with administering and collecting accounts to the extent permitted under the Fair Debt Collection Practices Act or applicable state law.

**Sharing Collected Information with Third Parties** The Resurgent Companies do not share collected information about customers or former customers with third parties, except as permitted in connection with administering and collecting accounts under the Fair Debt Collections Practices Act and applicable state law.