# United States District Court

for the
Southern District of Indiana

Edward Taylor, individually and on behalf of all others )
similarly situated, )
)
            *Plaintiff,* )
)
        vs. )          Cause No:  1:18-cv-306 -JMS-MJD
)
Alltran Financial, LP, a Texas limited partnership, )
and LVNV Funding, LLC, a Delaware limited liability )
company, )
)
          *Defendants.* )

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

Alltran Financial, LP
c/o CT Corporation System, as registered agent
150 W. Market Street
Suite 800
Indianapolis, Indiana 46204

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

*David J. Philipps*
*Philipps & Philipps, Ltd.*
*9760 S. Roberts Road, Suite One*
*Palos Hills, Illinois 60465*
*(708) 974-2900*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date:   February 2, 2018            BY: _____
                                     *Deputy Clerk*

## AFFIDAVIT OF SERVICE

**State of Indiana**                                                                            **County of Marion**

Case Number: 1:18-cv-306-JMS-MJD

Taylor:
**Edward Taylor**

vs.

Alltran, et al:
**Alltran Financial, LP**
**LVNV Funding, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 6th day of February, 2018 at 11:42 am to be served on **Alltran Financial, LP c/o CT Corporation System, as Registered Agent, 150 W. Market Street, Suite 800, Indianapolis, IN 46204.**

I, Bill Rorie, being duly sworn, depose and say that on the **7th day of February, 2018 at 3:17 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** to: **Patrick Jones** as Registered Agent for **Alltran Financial, LP**, at the address of: **150 W. Market Street, Suite 800, Indianapolis, IN 46204**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 170, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 2nd day of
March, 2018 by the affiant who is personally known to
me.

_____
NOTARY PUBLIC

**Bill Rorie**
Process Server

**EXPRESS PROCESS SERVICE, INC.**
**41 South Post Road**
**Indianapolis, IN 46219**
**(317) 890-1055**

Our Job Serial Number: CRT-2018001074
Ref: 1:18-cv-306-JMS-MJD

CHRISTINE D TREHAN
Seal
Notary Public - State of Indiana     Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n
Marion County
Commission Expires Dec 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, a copy of the foregoing **Return of Service** was filed electronically. Parties may access this filing through the Court's system.

/s/ David J. Philipps
One of Plaintiff's Attorneys'

David J. Philipps      (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp  (Ind. Bar No. 19891-49)
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com