# United States District Court

for the
Southern District of Indiana

| | | |
|---|---|---|
| Edward Taylor, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff,* | ) ) ) | |
| vs. | ) ) ) | Cause No: 1:18-cv-306 JMS-MJD |
| Alltran Financial, LP, a Texas limited partnership, and LVNV Funding, LLC, a Delaware limited liability company, | ) ) ) ) | |
| *Defendants.* | ) ) | |

## SUMMONS IN A CIVIL ACTION

TO: (*Defendants' names and addresses*)

LV NV Funding, LLC
c/o Corporation Service Company, as registered agent
135 N. Pennsylvania Street
Suite 1610
Indianapolis, Indiana 46204

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff=s attorney, whose name and address are:

*David J. Philipps*
*Philipps & Philipps, Ltd.*
*9760 S. Roberts Road, Suite One*
*Palos Hills, Illinois 60465*
*(708) 974-2900*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: February 2, 2018

BY: *Daniel J. Habing*
Deputy Clerk

## AFFIDAVIT OF SERVICE

**State of Indiana**                                                                                              **County of Marion**

Case Number: 1:18-cv-306-JMS-MJD

Taylor:
**Edward Taylor**

vs.

Alltran, et al:
**Alltran Financial, LP**
**LVNV Funding, LLC**

Received by EXPRESS PROCESS SERVICE, INC. on the 6th day of February, 2018 at 11:42 am to be served on **LVNV Funding, LLC c/o Corporation Service Company, 135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Bill Rorie, being duly sworn, depose and say that on the **7th day of February, 2018 at 2:56 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** to: **Suzanne Turpin** as **RA** for **LVNV Funding, LLC**, at the address of: **135 N. Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, defendant is not in the military service of the United States.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Light Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

 

 

 

_____

**Bill Rorie**
Process Server

Subscribed and Sworn to before me on the 9th day of February, 2018 by the affiant who is personally known to me.

**EXPRESS PROCESS SERVICE, INC.**
**41 South Post Road**
**Indianapolis, IN 46219**
**(317) 890-1055**

NOTARY PUBLIC

CHRISTIE LYNN JOHNS
Seal
Notary Public – State of Indiana
Marion County
My Commission Expires Mar 28, 2025

Our Job Serial Number: CRT-2018001072
Ref: 1:18-cv-306-JMS-MJD

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, a copy of the foregoing **Return of Service** was filed electronically.  Parties may access this filing through the Court's system.

/s/ David J. Philipps
One of Plaintiff's Attorneys'

David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp  (Ind. Bar No. 19891-49)
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com