**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| EDWARD TAYLOR, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 1:18-cv-00306-JMS-MJD |
| | ) |
| ALLTRAN FINANCIAL, LP, AND LVNV | ) |
| FUNDING, LLC, | ) |
| | ) |
|       Defendants. | ) |

## PROPOSED ORDER GRANTING MOTION OF BRANDON A. CARNES FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS

This matter having come before the Court upon the Motion of Brandon A. Carnes for Leave to Withdraw as Counsel for Defendants, due notice having been given and Defendants having other counsel with appearances on file, and the Court being fully advised in the premises, the Court finds that the Motion should be and is GRANTED.

1.     Brandon A. Carnes is granted leave to withdraw his appearance on behalf of the Defendants in this matter and his appearance on their behalf is hereby withdrawn.

It is so ordered.

Dated: June 13, 2018

                                                     _____

                                                     Hon. Judge