UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| EDWARD TAYLOR, | : | Case No. 1:18-cv-00306-JMS-MJD |
| Plaintiff, | : | |
| vs. | : | **DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| ALLTRAN FINANCIAL, LP, and LVNV FUNDING, LLC, | : | |
| Defendants. | : | |

NOW COMES the Defendants Alltran Financial, LP ("Alltran") and LVNV Funding LLC ("LVNV") (collectively, the "Defendants") through their undersigned counsel, and hereby move, pursuant to Federal Rule of Civil Procedure 12(c) and S.D. Ind. L.R. 7-1, for judgment on the pleadings, dismissing plaintiff Edward Taylor's ("Plaintiff") claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, on the grounds that the facts alleged in the Complaint do not state a claim under the FDCPA as a matter of law.  The grounds for this motion are set forth in greater detail in the accompanying brief, which is incorporated herein by reference.

DATED: July 27, 2018                    BALLARD SPAHR LLP

*/s/ Daniel C Fanaselle*
Daniel C. Fanaselle, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103
T: 215.665.8500
F: 215.864.8999
fanaselled@ballardspahr.com
*Attorneys for Defendants*

DMEAST #35058161 v1