# EXHIBIT B

Case 1:14-cv-00385 Document #: 5-3 Filed: 06/07/11 Page 1 of 2 PageID #:27

# LEADING EDGE
### RECOVERY SOLUTIONS

PO Box 129
Linden MI 48451-0129
ADDRESS SERVICE REQUESTED

August 23, 2010

| Account # | Client Reference # | Balance: |
|---|---|---|
|  | •••••••••• | $3,372.58 |
| Original Creditor :<br>CITIBANK | | |

Amanda Braatz

IL

Leading Edge Recovery Solutions, LLC
5440 N Cumberland Ave Ste 300
Chicago IL 60656-1490

---

**\*\*\* Detach Upper Portion And Return With Payment \*\*\***

| Account # | Client Reference # | Balance: |
|---|---|---|
|  | •••••••• | $3,372.58 |
| Creditor :<br>LVNV Funding LLC | | |

Dear Amanda Braatz,

As of the date of this letter, you owe $3,372.58. Due to the accrual or addition of interest charges, late charges, or other charges which you have authorized or for which you are otherwise legally liable; the amount due on the day that you pay may be greater. Accordingly, if you pay the amount above, an adjustment may be necessary after we receive your payment. For further information please write or call us at the number below.

Your delinquent CITIBANK account has been placed with our company for collections. We have been authorized to collect the outstanding amount owed.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

Sincerely,

Collections Department
(800) 663-4707

**Hours of Operation:**
Monday-Thursday 8:00am - 9:00 pm CST / Friday 8:00am - 5:00 pm CST / Saturday 8:00am - 12 Noon CST

---

This is an attempt to collect a debt. Any information obtained will be used for that.
This information is from a debt collector.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



EXHIBIT
**B**

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Anson Street LLC | Granite Asset Management LLC | SFG REO, LLC |
| Ascent Card Services II LLC | Limestone Asset Management LLC | Sherman Acquisition II Limited Partnership |
| Ascent Card Services, LLC | LVNV Funding, LLC | Sherman Acquisition L.L.C. |
| Ashley Funding Services LLC | PYOD LLC | Sherman Acquisition Limited Partnership |
| Credit One Bank, N.A. | Resurgent Capital Services L.P. | Sherman Acquisition TA LP |
| Credit One Financial Solutions LLC | Resurgent Capital Services PR LLC | Tradd Street LLC |
| Fieldstone Asset Management LLC | | |

**Information We May Collect**. The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information**. At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates and Third Parties**

**Sharing with Affiliates** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act**
This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.