## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Edward Taylor and John Studer,       )
individually and on behalf of all others )
similarly situated,                  )
                                     )
    Plaintiffs,                   )
                                     )
    v.                            )    No.   1:18-cv-306-MJD-JMS
                                     )
Alltran Financial, LP, a Texas limited )
Partnership, and LVNV Funding, LLC, a )
Delaware limited liability company,  )
                                     )
    Defendants.                   )

### JOINT MOTION FOR PRELIMINARY APPROVAL
### OF CLASS ACTION SETTLEMENT AGREEMENT

Plaintiffs Edward Taylor and John Studer, individually, and on behalf of a Class

of similarly situated persons, and Defendants, Alltran Financial, LP ("Alltran") and LVNV

Funding, LLC ("LVNV"), submit this Joint Motion, pursuant to Fed. R. Civ. P. 23, for

preliminary approval of the Class Action Settlement Agreement.  In support of this

motion, the parties state:

    1.     A Class Action Settlement Agreement, dated November 19, 2018, and

attached as Exhibit 1, has been entered into by the parties.

    2.     The proposed Class Notice is attached as Exhibit 2.

    3.     The proposed Order Granting Preliminary Approval of the Class Action

Settlement Agreement is attached.

    4.     The parties represent to the Court:

        A.     That the proposed settlement was reached through arms-length

              negotiations between Plaintiffs' Counsel and Defendants' Counsel;

B.    That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendants of the FDCPA; and,

C.    That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendants with respect to any of the material allegations in the Complaint, and that Defendants specifically deny that their actions constitute a violation of the FDCPA to any extent whatsoever.

5.    Class Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion.  The Declaration of one of Plaintiff's counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 3.

6.    The class in this matter was certified on September 17, 2018, pursuant to Fed.R.Civ.P. 23(b)(3)(Dkt.56).  The parties have agreed to request the modification of the Class definition, pursuant to Fed.R.Civ.P. 23(b)(3), of a settlement class consisting of all persons similarly situated in the State of Indiana, from whom Defendant Alltran attempted to collect a defaulted consumer debt, via the same form collection letter (Group Exhibit C), on behalf of LVNV Funding, LLC, Resurgent Capital Services LP, Sherman Acquisition LLC, PYOD LLC, Anson Street LLC, CACH, LLC, Ashley Funding Services LLC, SFG REO, LLC, Pinnacle Credit Services, LLC, and/or any other entity owned or controlled, directly or indirectly, by

Sherman Financial Group LLC (the "Resurgent Entities"), from February 1, 2017 to the present.

7.      Defendants also agree to the appointment of Edward Taylor and John Studer as representatives of the Class and the appointment of their attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., and John T. Steinkamp, as Class Counsel.

WHEREFORE, the parties request that this Court grant preliminary approval to the Class Action Settlement Agreement and enter the order attached.

Dated: January 14, 2019

Class Counsel,
/s/ David J. Philipps

David J. Philipps      (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

John T. Steinkamp   (Ind. Bar No. 19891-49)
5214 S. East Street, Suite D1
Indianapolis, Indiana 46227
(317) 780-8300
(317) 217-1320 (FAX)
steinkamplaw@yahoo.com

Defendants' Counsel,
/s/ Daniel C. Fanaselle
Daniel C. Fanaselle (PA Bar No. 312292)
Ballard Spahr, LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
(215) 665-8500
(215) 864-8999 (FAX)
fanaselled@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Daniel C. Fanaselle                    fanaselled@ballardspahr.com
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103

Kevin D. Koons                         kdk@kgrlaw.com
Kroger, Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, Indiana 46204

John T. Steinkamp                      steinkamplaw@yahoo.com
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227

/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com