IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Edward Taylor and John Studer, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Alltran Financial, LP, a Texas limited partnership, and LVNV Funding, LLC, a delaware limited liability company,<br><br>    Defendants. | No.   1:18-cv-306-MJD-JMS |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), for final approval of the class action settlement in this matter.  In support of this motion, Class Counsel states:

1. The initial Class Action Complaint in this matter was filed by Edward Taylor on February 1, 2018 (Dkt. 1).  On November 19, 2018, the parties entered into a Class Action Settlement Agreement ("Settlement Agreement") (Dkt. 72-1).

2. An Amended Complaint which added John Studer as a Plaintiff was filed on December 13, 2018 (Dkt. 71).  Mr. Studer had previously filed a similar Complaint against the Defendants in a matter styled, <u>Studer v. Alltran Financial, LP, et al.</u>, No. 1:18-cv-00962-MJD-JRS (S.D. Ind.).

3. On January 15, 2019, that Settlement Agreement was, pursuant to F.R.C.P. 23, preliminarily approved by this Court (Dkt. 74).

4. On February 8, 2019, the class settlement notice was mailed by First Class, Inc., to 6,617 class members via first class U.S. Mail.  Included with each notice

was a self-addressed, postage pre-paid return envelope. The result of the mailing is as follows: 881 notices were returned by the United States Postal Service that were undeliverable; 41 of which were re-mailed to a new address; 743 members of the class returned a claim form. No objections were received, no members of the Class sought leave of this Court to intervene, and no class member opted-out of this class settlement (Dkt. 77). In Class Counsel's experience, the claim rate for similar cases is about 10%, and the 11.2% claim rate here is a good result.

5. The Settlement Agreement sets forth that Defendants have agreed to pay $1,000 to each of the Class Representatives, Edward Taylor and John Studer for statutory damages, pay $1,000 to each of the Plaintiffs for an incentive award, and to pay $190,000 to the Class, which will be distributed pro-rata to each of the 743 class members who returned a claim form; any unclaimed funds will be paid equally to Indiana Legal Services, Inc., and the National Association of Consumer Advocates, Inc., as a cy pres remedy. (Dkt. 72-1 at ¶ 7(c)).

6. The settlement negotiations were conducted at arms-length and in good faith among all counsel, with the assistance of the Court, and the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class.

7. Additionally, Defendant has also agreed to pay Class Counsel $138,000 for their attorneys' fees and costs (Dkt. 72-1 at ¶ 7(e)), and is paying First Class, Inc., for the costs of sending out the class notice and claim from, administering claims and distributing the settlement fund (Dkt. 72-1 at ¶ 7(d)). Class Counsel has submitted a motion to award them fees and costs, which details their hourly rates, as well as the

hours worked and costs incurred in this matter, which show that these fees and costs exceed the amount to be paid.

8.  As detailed in Class Counsel's Declaration (Dkt. 78-1), attached to Class Counsel's Motion to Award Attorneys' Fees and Costs, Class Counsel has been appointed class counsel in more than 200 FDCPA classes over the past 29 years, and believes that the settlement in this matter is fair and adequate for the Plaintiff and all members of the Class.

9.  Accordingly, Class Counsel requests that this Court grant final approval of the Class Action Settlement which has obtained $4,000 for the class representatives and $190,000 for the class.

WHEREFORE, Class Counsel hereby requests that this Court grant final approval of the Class Action Settlement in this matter, via entry of the attached agreed form of Order, which Order also resolves the motion regarding attorneys' fees and costs (Dkt. 78).

Respectfully submitted,

By:/s/ David J. Philipps_____
Class Counsel

Dated: May 2, 2019

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

John T. Steinkamp  (Ind. Bar No. 19891-49)
Sawin, Shea & Steinkamp, LLC
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227
john@sawinlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2019, a copy of the foregoing **Motion for Final Approval of Class Action Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel C. Fanaselle                    fanaselled@ballardspahr.com
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, Pennsylvania 19103

Kevin D. Koons                      kdk@kgrlaw.com
Kroger, Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, Indiana 46204

John T. Steinkamp                   john@sawinlaw.com
Sawin, Shea & Steinkamp, LLC
5214 S. East Street
Suite D1
Indianapolis, Indiana 46227

/s/David J. Philipps
David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com